## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Sidney Hillman Health Center of Rochester et al,

Plaintiff(s),

v.

Abbott Laboratories,

Defendant(s).

Case No. 13 cv 5865

Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant, Abbott Laboratories motion to dismiss is granted. Counts I and II are dismissed with prejudice. Counts III-VII are dismissed without prejudice to refiling in state court.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss.

Date: 5/12/2014

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk