IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDNEY HILLMAN HEALTH CENTER OF ROCHESTER; TEAMSTERS HEALTH SERVICES AND INSURANCE PLAN LOCAL 404; and UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFIT FUND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES and ABBVIE INC., <br><br> Defendants. | Case No. 1:13-cv-05865 |

## NOTICE OF APPEAL

Notice is hereby given that Sidney Hillman Health Center of Rochester, Teamsters Health Services and Insurance Plan Local 404, and United Food and Commercial Workers Unions and Employers Midwest Health Benefit Fund, on behalf of themselves and all others similarly situated, in the above-named action, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order dated May 12, 2014, granting Defendant's Motion to Dismiss [Docket No. 26].

Dated: June 10, 2014                **GRANT & EISENHOFER P.A.**

By: /s/ Adam J. Levitt
Adam J. Levitt
Catherine J. Ó Súilleabháin
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602

Tel.: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Jay W. Eisenhofer
Mary S. Thomas
Justin K. Victor
Jennifer A. Williams
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, Delaware 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100

Reuben A. Guttman
**GRANT & EISENHOFER P.A.**
1747 Pennsylvania Ave. N.W., Ste. 875
Washington, D.C. 20006
Tel.: (202) 386-9500
Fax: (202) 386-9505

Frank R. Schirripa
Michael Rose
**HACH ROSE SCHIRRIPA &
 CHEVERIE LLP**
185 Madison Avenue, 14th Floor
New York, New York 10016
Tel.: (212) 213-8311
Fax: (212) 779-0028

Jonathan D. Karmel
**KARMEL LAW FIRM**
221 North LaSalle Street, Suite 2900
Chicago, Illinois 60601
Tel.: (312) 641-2910
Fax: (312) 641-0781

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2014, I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all counsel of record. For those counsel of record who are not registered through ECF, a copy has been mailed by First Class U.S. Mail.

/s/ *Adam J. Levitt*
Adam J. Levitt